## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNMARIE RINALDI, | |
| Plaintiff, | CIVIL ACTION NO. 3:21-cv-00714 |
| v. | (SAPORITO, M.J.) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

### ORDER

AND NOW, this 20th day of September, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.   The Commissioner's administrative decision denying the plaintiff's application for supplemental security income is **AFFIRMED**;

2.   The Clerk is directed to enter **JUDGMENT** in favor of the Commissioner and against the plaintiff; and

3.   The Clerk is directed to mark this case as **CLOSED**.

_**s/Joseph F. Saporito, Jr.**_
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge